UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CRAIG WILKINS, *on behalf of himself and all others similarly situated*,

                        Plaintiff,                    **REPORT & RECOMMENDATION**
                                                          **19 CV 4117 (ARR)(LB)**
      -against-

CENTRAL PORTFOLIO CONTROL, INC. and
JOHN DOES 1-25,

                        Defendants.
-----------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      Plaintiff commenced this Fair Debt Collection Practices Act case against defendants on July 16, 2019. ECF No. 1. The Federal Rules of Civil Procedure provide that:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Under Rule 4(m), plaintiff was required to serve defendant Central Portfolio Control, Inc. with the summons and complaint by October 15, 2019. After plaintiff failed to file proof of service on the docket, the Court ordered plaintiff to file proof of service by January 3, 2020. ECF No. 6. The Court warned that if plaintiff failed to file proof that defendant was served by October 15, 2019, and failed to show good cause why such service was not made by October 15, 2019, I would recommend that this action should be dismissed without prejudice. As of the date of this Report, plaintiff has failed to file proof of proper service and has failed to show good cause why such service was not made by October 15, 2019. Accordingly, it is respectfully recommended that plaintiff's action should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

1

**FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Such objections (and any responses to objections) shall be filed with the Clerk of the Court. Any request for an extension of time to file objections must be made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review. Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

/S/ Judge Lois Bloom
LOIS BLOOM
United States Magistrate Judge

Dated: January 30, 2020
      Brooklyn, New York